IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FIRST WEBER GROUP, INC.,

    Appellant,

v.

JONATHAN HORSFALL,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-506-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the bankruptcy court's denial of appellant First Weber Group, Inc.'s claim for nondischargeability is AFFIRMED.

    IT IS FURTHER ORDERED AND ADJUDGED that appellee Jonathan Horsfall's motion for attorneys' fees pursuant to Fed. R. Bankr. P. 8020 is DENIED.

_____      12/18/12
Peter Oppeneer, Clerk of Court           Date